SCOTT N. SCHOOLS, SC SBN 9990                                **E-filed 6/5/07**
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIE YAO, | No. C 07-1162 JF |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director, Director of the U.S. Citizenship and Immigration Services, | |
| Defendants. | |

    The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 60-day extension of the case management conference in this case, based on the following:

    1. The plaintiff filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS) on September 12, 2005.

    2. As part of its processing of the naturalization application, the USCIS asked the FBI to conduct a name check of the plaintiff.

    3. The plaintiff was interviewed by the USCIS on her naturalization application on January 26, 2006.

    4. To date, the FBI has not yet completed the name check of the plaintiff.

    5. On February 27, 2007, the plaintiff filed an action under 8 U.S.C. § 1447(b), which

STIPULATION TO EXTEND DATE OF CMC
C07-1162 JF                                                                 1

provides that if the USCIS has failed to make a determination on an individual's application for naturalization within 120 days after the date on which the applicant is examined, the applicant may apply to the United States District Court for a hearing on the matter, and the District Court "may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter."  8 U.S.C. § 1447(b).

6. The parties respectfully ask this Court to extend the date of the case management conference, currently scheduled for June 8, 2007, for approximately sixty days in light of the reasonable possibility that the FBI will complete the name check within that period of time and the USCIS can then adjudicate the naturalization application.

7. The parties ask this Court to re-schedule the case management conference for August 10, 2007, at 10:30 a.m.

Dated:  June 4, 2007                         Respectfully submitted,

                                             SCOTT N. SCHOOLS
                                             United States Attorney

                                                /s/
                                             EDWARD A. OLSEN
                                             Assistant United States Attorney
                                             Attorneys for Defendants


Dated:  June 4, 2007                            /s/
                                             DANIEL HUANG
                                             Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  6/5/07

                                             _____
                                             JEREMY FOGEL
                                             United States District Judge

STIPULATION TO EXTEND DATE OF CMC
C07-1162 JF                                                    2