SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

**E-filed 8/28/07**

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIE YAO, <br><br> Plaintiff, <br><br> v. <br><br> EMILIO T. GONZALEZ, Director, Director of the U.S. Citizenship and Immigration Services, <br><br> Defendant. | No. C 07-1162 JF <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Date: August 3, 2007                             Respectfully submitted,

                                                 SCOTT N. SCHOOLS
                                                 United States Attorney


                                                 /s/
                                                 EDWARD A. OLSEN
                                                 Assistant United States Attorney
                                                 Attorneys for Defendant

Stipulation to Dismiss
C07-1162 JF                                      1

1

2   Date: August 2, 2007                               /s/
                                           DANIEL T. HUANG
3                                          Attorney for Plaintiff

4
                                       **ORDER**
5
       Pursuant to stipulation, IT IS SO ORDERED.
6

7   Date:   8/27/07
8                                          JEREMY FOGEL
                                           United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-1162 JF                                 2